[No. 8504–6–II.   Division Two.   September 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST
LAWRENCE TURCOTTE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 84–1–00763–0, Thomas L. Lodge, J., entered
January 29, 1985. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.